**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiff(s)**
**DINA EZZAT A. MIKHAIL, ET AL**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA EZZAT A. MIKHAIL<br>TAMER MAGDY F. ZAKY<br>JASSY TAMER M. ZAKY<br>JANAA TAMER M. ZAKY<br><br><br>                  Plaintiff(s),<br><br>    vs.<br><br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY; UNITED<br>STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; LOS<br>ANGELES ASYLUM OFFICE; DAVID<br>RADEL; ALEJANDRO MAYORKAS;<br>UR M. JADDOU; TED H. KIM;<br>MATTHEW D. EMRICH;<br>CHRISTOPHER A. WRAY AND DOES<br>1-10,<br><br>                  Defendants. | Case No.: 5:23-cv-2008<br><br><br>**COMPLAINT FOR:**<br><br>1)  **DECLARATORY**<br>    **AND INJUNCTIVE RELIEF**<br>2)  **WRIT IN THE NATURE OF**<br>    **IMMIGRATION MANDAMUS** |

By and through her undersigned counsel, Plaintiffs; DINA EZZAT A. MIKHAIL,
TAMER MAGDY F. ZAKY, JASSY TAMER M. ZAKY AND JANAA TAMER M. ZAKY, ,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

("Plaintiff(s)") brings this action, individually or derivatively on behalf of DINA EZZAT A. MIKHAIL

## INTRODUCTION

1. This action is brought by Plaintiff Dina Ezzat A. Mikhail, her derivative spouse Tamer Magdy F. Zaky and her children Jassy Tamer M. Zaky and Janaa Tamer M. Zaky (herein after called "Plaintiffs')  by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of March 20, 2017, and which has still not been called for an interview.

2. On February 13, 2017  Plaintiff(s) came to the United States at Los Angeles, California on a B2 visa and have stayed in the US ever since. On March 20, 2017, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal and Receipt Notice).** Plaintiffs sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of their Coptic Christian Orthodox religion.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) present themselves to biometric inspection at a designated USCIS Application Support Center on April 3, 2017. *See* **(EXHIBIT B: I-797 Notice of Action- Fingerprint Notifications).**

4. After Plaintiff(s) provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled.  Plaintiffs added their names to a short list so that they could be called for an interview on a short notice.  Plaintiff(s) received a notice from Defendant Los Angeles Asylum Office confirming Plaintiff's request to add their names to the Standby List for an Affirmative Asylum Interview on June 22, 2021**).  *See* (EXHIBIT C: USCIS Los Angeles Asylum Office Standby List Acceptance Letter).**  Plaintiffs received no response from any of the Defendants The Plaintiff(s) have been waiting over 6 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff  are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 5 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiffs are citizens of Egypt. They came to the United States on B2 visas on February 13, 2017. Plaintiffs filed their I-589 Application for Asylum and Withholding of Removal and appeared at the designated Application Support Center during the appointed time

frame and provided their biometric information on April 3, 2017, within one year of their arrival in the United States.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and

enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14.  Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

**<u>JURISDICTION</u>**

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendents' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Riverside, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiff(s) have no administrative remedies. Since Plaintiffs complied with their fingerprints requirement on April 3, 2017, they did not hear from any of the Defendants and have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) had been waiting over 6 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C §1158, Plaintiffs filed an application for Asylum and Withholding of Removal on March 20, 2017, and completed fingerprinting on April 3, 2017 and have filed their application within one year of their arrival to the US.

22. Since filing their Application, Plaintiff(s) did not receive any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview

will be scheduled. Plaintiffs therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 5 years since Plaintiff(s) applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

**CLAIM FOR RELIEF**

29. Plaintiffs claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for 6 years Plaintiffs have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff, her spouse and her derivative children are enduring significant psychological trauma.

   b. The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiffs' application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiffs have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## **PRAYER**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

  a. Accept jurisdiction and maintain continuing jurisdiction in this action;

  b. Declare as unlawful the violation by Defendants  of failing to act on a properly filed Asylum and Withholding of Removal application;

  c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

  d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiffs' asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

  e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Withholding of

Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.   Grant such relief at law and in equity as justice may require.


Date:  October 02, 2023

Respectfully submitted,

/s/ Gihan L. Thomas, Esq.

_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS FOR DINA EZZAT A. MIKHAIL, ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                                   **PAGES**

**A.** I-589 Application for Asylum, Plaintiff's Declaration, and Receipt Notice............................... 1

**B.** I-797 Notice of Action - Fingerprint Notifications of Plaintiff(s)............................................. 33

**C.** USCIS Los Angeles Asylum Office Standby List Acceptance Letter.......................................37

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**U.S. Department of Justice**
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture.  ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) |
|---|---|
| NONE | NONE |

| 3. Complete Last Name | 4. First Name | 5. Middle Name |
|---|---|---|
| MIKHAIL | DINA | EZZAT ABDELMALEK |

**6. What other names have you used (include maiden name and aliases)?**
NONE

**7. Residence in the U.S. (where you physically reside)**

| Street Number and Name | | | Apt. Number |
|---|---|---|---|
| 798 PLAYA BLANCA CIR | | | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| CORONA | CA | 92879 | ( 951 ) 213-5416 |

**8. Mailing Address in the U.S. (if different than the address in Item Number 7)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| | ( ) |

| Street Number and Name | Apt. Number |
|---|---|
| | |

| City | State | Zip Code |
|---|---|---|
| | | |

| 9. Gender: ☐ Male  ☒ Female | 10. Marital Status:  ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 11. Date of Birth (mm/dd/yyyy) | 12. City and Country of Birth |
|---|---|
| 07/08/1984 | ALEXANDRIA, EGYPT |

| 13. Present Nationality (Citizenship) | 14. Nationality at Birth | 15. Race, Ethnic, or Tribal Group | 16. Religion |
|---|---|---|---|
| EGYPTIAN | EGYPTIAN | WHITE | CHRISTIAN |

**17. Check the box, a through c, that applies:** **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18. Complete 18 a through c.**

**a.** When did you last leave your country? (mmm/dd/yyyy) 02/13/2017  **b.** What is your current I-94 Number, if any? 25195979585

**c.** List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. *(Attach additional sheets as needed.)*

| Date 02/13/2017 | Place LAX-LOS ANGELES,CA | Status B2 | Date Status Expires 08/12/2017 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document? | 20. Passport Number A15937790 | 21. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| EGYPT | Travel Document Number | 08/08/2022 |

| 22. What is your native language (include dialect, if applicable) | 23. Are you fluent in English? ☐ Yes ☒ No | 24. What other languages do you speak fluently? |
|---|---|---|
| ARABIC | | NONE |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID#: _____ | Decision: Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

1

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**    ☐ I am not married. *(Skip to* **Your Children** *below.)*

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Date of Birth *(mm/dd/yyyy)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | A16051243 | 10/01/1984 | NONE |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Maiden Name |
|---|---|---|---|
| ZAKY | TAMER | MAGDY FAWZY | NONE |

| **9.** Date of Marriage *(mm/dd/yyyy)* | **10.** Place of Marriage | **11.** City and Country of Birth |
|---|---|---|
| 07/16/2009 | ALEXANDRIA, EGYPT | ALEXANDRIA, EGYPT |

| **12.** Nationality *(Citizenship)* | **13.** Race, Ethnic, or Tribal Group | **14.** Gender |
|---|---|---|
| EGYPTIAN | WHITE | ☒ Male    ☐ Female |

**15.** Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*

| **16.** Place of last entry into the U.S. | **17.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **18.** I-94 Number *(if any)* | **19.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| LAX-LOS ANGELES, CA | 02/13/2017 | 25195887985 | B2 |

| **20.** What is your spouse's current status? | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **22.** Is your spouse in Immigration Court proceedings? | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| B2 | 08/12/2017 | ☐ Yes  ☒ No | |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III.,* **Information about your background.***)*

☒ I have children.    Total number of children: 2

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | A05283357 | SINGLE | NONE |

| **5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| ZAKY | JANAA | TAMER MAGDY FAWZY | 12/13/2010 |

| **9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender |
|---|---|---|---|
| ALEXANDRIA, EGYPT | EGYPTIAN | WHITE | ☐ Male  ☒ Female |

**13.** Is this child in the U.S. ?  ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| **14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| LAX-LOS ANGELES, CA | 02/13/2017 | 25195427785 | B2 |

| **18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? |
|---|---|---|
| B2 | 08/12/2017 | ☐ Yes  ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

2

**Part A. II. Information About Your Spouse and Children** (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| NONE | A05283336 | SINGLE | NONE |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| ZAKY | JASSY | TAMER MAGDY FAWZY | 12/13/2010 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| ALEXANDRIA, EGYPT | EGYPTIAN | WHITE | ☐ Male  ☒ Female |

13. Is this child in the U.S. ?  ☒ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| LAX-LOS ANGELES, CA | 02/13/2017 | 25195450685 | B2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| B2 | 08/12/2017 | ☐ Yes  ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

---

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes  ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

---

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes  ☐ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

3

Form I-589 (Rev. 12/29/14) Y  Page 3

## Part A. III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| SAN MINA MONASTERY | KING MARIUT | ALEXANDRIA | EGYPT | 02/17 | 02/17 |
| | | | | | |

2. Provide the following information about your residences during the past 5 years. List your present address first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 798 PLAYA BLANCA CIR | CORONA | CA | U.S.A | 02/17 | PRESENT |
| SAN MINA MONASTERY | KING MARIUT | ALEXANDRIA | EGYPT | 02/17 | 02/17 |
| ALMAHATA ST ABDELGADER | ALAMERIA | ALEXANDRIA | EGYPT | 01/17 | 02/17 |
| ALBETASH/ AL-AGAMEY | AL-AGAMEY | ALEXANDRIA | EGYPT | 01/17 | 01/17 |
| 30 STREET, SIDI BESHR | SIDI BESHR | ALEXANDRIA | EGYPT | 12/16 | 01/17 |

3. Provide the following information about your education, beginning with the most recent.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| FACULTY OF COMMERCE | UNIVERSITY | TANTA, EGYPT | **09/03** | 05/07 |
| HIGH SCHOOL OF COMMERCE | HIGH SCHOOL | ALEXANDRIA, EGYPT | 09/99 | 06/03 |
| MOHARRAM BIK MIDDLE SCHOOL | MIDDLE SCHOOL | ALEXANDRIA, EGYPT | 09/96 | 06/99 |
| AL EMAM ELEMENTARY | ELEMENTARY SCHOOL | ALEXANDRIA, EGYPT | 09/90 | 06/96 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.*)

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* HANAA WILIAM HANAA | ALEXANDRIA, EGYPT | ☐ Deceased ALEXANDRIA, EGYPT |
| *Father* EZZAT MIKHAIL | ALEXANDRIA, EGYPT | ☐ Deceased ALEXANDRIA, EGYPT |
| *Sibling* NERMIN MIKHAIL | ALEXANDRIA, EGYPT | ☐ Deceased CALIFORNIA, U.S.A |
| *Sibling* NANCY MIKHAIL | ALEXANDRIA, EGYPT | ☐ Deceased U. A.E |
| *Sibling* SOLANG MIKHAIL | ALEXANDRIA, EGYPT | ☐ Deceased ALEXANDRIA, EGYPT |
| *Sibling* | | ☐ Deceased |

4

## Part B. Information About Your Application

*(**NOTE:** Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    ☐ Race                    ☐ Political opinion
    ☒ Religion                ☐ Membership in a particular social group
    ☐ Nationality             ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No          ☒ Yes

If "Yes," explain in detail:
1.  What happened;
2.  When the harm or mistreatment or threats occurred;
3.  Who caused the harm or mistreatment or threats; and
4.  Why you believe the harm or mistreatment or threats occurred.

```
PLEASE REFER TO THE ATTACHED AFFIDAVIT OF THE APPLICANT.
```

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No          ☒ Yes

If "Yes," explain in detail:
1.  What harm or mistreatment you fear;
2.  Who you believe would harm or mistreat you; and
3.  Why you believe you would or could be harmed or mistreated.

```
PLEASE REFER TO THE ATTACHED AFFIDAVIT OF THE APPLICANT.
```

5

**Part B. Information About Your Application (Continued)**

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No    ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No    ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☒ No    ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

PLEASE REFER TO THE ATTACHED AFFIDAVIT OF THE APPLICANT.

6

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

☐ No   ☒ Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision.  Indicate whether or not you were included in a parent or spouse's application.  If so, include your parent or spouse's A-number in your response.  If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

```
MY SISTER APPLIED FOR ASYLUM.



```

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

☐ No   ☒ Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

☐ No   ☒ Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

```
2.A. I TRANSIT IN QATAR FOR 8 HOURS.

2.B. MY SISTER IS LEAGAL PERMANENT RESIDENCE.


```

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

☒ No   ☐ Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

```


```

7

**Part C. Additional Information About Your Application (Continued)**

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

8

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.



**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Dina Ezzat Abdelmalek Mikhail | دينا عزت عبد الملك ميخائيل |

Did your spouse, parent, or child(ren) assist you in completing this application?  [X] No   [ ] Yes *(If "Yes," list the name and relationship.)*

_____   _____        _____   _____
        *(Name)*                    *(Relationship)*                    *(Name)*                    *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?   [ ] No   [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [ ] No   [X] Yes

Signature of Applicant *(The person in Part A.I.)*

[ _Dina Mikhail_ ]                    03/15/2017
Sign your name so it all appears within the brackets                    Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  | LAW OFFICE OF GEORGES MELEKA |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 563 0111 | 800 S BROOKHURST ST. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 2A | ANAHEIM | CA | 9204 |

9

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.



**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Tamer Magdy Fawzy Zaky | تامر جدى فوزى زكى |

Did your spouse, parent, or child(ren) assist you in completing this application?   [X] No   [ ] Yes *(If "Yes," list the name and relationship.)*

_____ _____     _____ _____
*(Name)*              *(Relationship)*          *(Name)*              *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application?   [ ] No   [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   [ ] No   [X] Yes

Signature of Applicant *(The person in Part A.I.)*

[ Tamer Zaky ]

Sign your name so it all appears within the brackets

Date *(mm/dd/yyyy)*    03/15/2017

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
|  | LAW OFFICE OF GEORGES MELEKA |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 563 0111 | 800 S BROOKHURST ST. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 2A | ANAHEIM | CA | 9204 |

10

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.



**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Janaa Tamer Magdy Fawzy Zaky | جانا تامر جدي فوزي زكي |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☐ No  ☒ Yes *(If "Yes," list the name and relationship.)*

| Dina Mikhail | "Parent" | | |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☐ No  ☒ Yes

Signature of Applicant *(The person in Part A.I.)*

[ Dina Mikhail + "Parent" ]   03/15/2017
Sign your name so it all appears within the brackets        Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | LAW OFFICE OF GEORGES MELEKA |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 563 0111 | 800 S BROOKHURST ST. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 2A | ANAHEIM | CA | 9204 |

11

### Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.



*WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Jassy Tamer Magdy Fawzy Zaky | جاسي تامر جدي فوزي زكي |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☐ No   ☒ Yes *(If "Yes," list the name and relationship.)*

| Dina Mikhail | "Parent" | | |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?  ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?  ☐ No   ☒ Yes

Signature of Applicant *(The person in Part A.I.)*

[ Dina Mikhail "Parent"]
Sign your name so it all appears within the brackets

Date *(mm/dd/yyyy)*  03/15/2017

### Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | LAW OFFICE OF GEORGES MELEKA |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 714 ) 563 0111 | 800 S BROOKHURST ST. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 2A | ANAHEIM | CA | 9204 |

12

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

13

Supplement A, Form I-589

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed if you have more than four children)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5.  Complete Last Name | 6.  First Name | 7. Middle Name | 8. Date of Birth  *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13.  Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19.  What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5.  Complete Last Name | 6.  First Name | 7. Middle Name | 8. Date of Birth  *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13.  Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19.  What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

14

Supplement B, Form I-589

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| | 03/15/2017 |

| Applicant's Name | Applicant's Signature |
|---|---|
| DINA EZZAT ABDELMALEK MIKHAIL | *Dina M Mikhail* |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part    A.III

Question    2

| | | | | |
|---|---|---|---|---|
| - 8 GREEN ST. MOHARRAM BIK | MOHARRAM BIK | ALEXANDRIA | EGYPT | 10/16 - 12/16 |
| - SHARJAH ALWEHDA ST.<br>     TIGER #5 | SHARJAH | UAE | UAE | 08/15 - 10/16 |
| - 30 STREET,SIDI BESHR | SIDI BESHR | ALEXANDRIA | EGYPT | 07/15 - 08/15 |
| - SHARJAH ALWEHDA ST.<br>     TIGER #5 | SHARJAH | UAE | UAE | 10/13 - 07/15 |
| - 8 GREEN ST. MOHARRAM BIK | MOHARRAM BIK | ALEXANDRIA | EGYPT | 06/13 - 10/13 |
| - SHARJAH ALWEHDA ST.<br>     TIGER #5 | SHARJAH | UAE | UAE | 07/12 - 06/13 |

15

# CERTIFICATE OF TRANSLATION

I, **Mary Malak**, am competent to translate from **Arabic** into **English**, and from **English** into **Arabic**. I have _reviewed_ the content of this document and I certify that the English terms correspond to the Arabic ones. I certify that this is true and accurate to the best of my abilities.

-----------------------------------

**Mary Malak**

**Address:** 16131 Gothard St., Suite # K

Huntington Beach, CA 92647

**Tel:** (714)485-7173

**E-mail:** mirarosabella@gmail.com

16

Marco Abdullah Translation and Interpretation Services                                    1

In The Name of The Father, The Son, and The Holy Spirit. One God, Amen.

Name: Dina Ezzat Abdelmalek Mikhail
Date of Birth: July 8, 2004
Marital Status: Married

My name is Dina Ezzat Abdelmalek Mikhail. I am a Coptic Orthodox Christian. I was born and raised in Mohrram Bek district in in Alexandria. I served at St. George and St. Anthony Church. My elementary education was at Al-Iman School in Moharram Bek, where the persecution started.
The Arabic language teachers forced us to memorize Quran verses that were present in our Arabic language books, which were published by the ministry of education. We did not have Christian religion classes like the Muslims did, and we the Christian students collected trash from the school's yard.

I obtained a bachelor's degree of commerce in 2007. I was married in 7/16/2009 and I had two daughters whom I cared to raise a Christian upbringing. I was zealous in attending Church, liturgies, and partaking of the Holy Sacraments.

Before I traveled to The United Arab Emirates, where my husband worked, I witnessed the Two Saints Church incident. My husband was on a vacation and we were attending Church because we as Christians are used to holding a New Year's Eve prayer at Church to take God's blessing for the new year. On that unforgettable night, my husband and I saw body parts flying in the air and blood spilling everywhere around the Church. Our feet could not carry us because of the fear and terror we felt, and were about to break down.
The Salafi extremist group placed explosives inside a car parked in front of the Church which exploded and caused falling of big number of martyrs, among them was my friend Hanaa Youssry because she was sitting at the back seats.

I travelled in October 2011 to my husband at the United Arab Emirates where he had been working for 5 years. I returned to Egypt in 10/30/2016 because the company he worked for had terminated his contract and he could not find another job.

I returned to Egypt in 10/30/2016 at the apartment where my father lives in Moharram Bek area in Alexandria. That was for some time until my apartment was prepared because of my long stay away from it.
When I went to my apartment in 12/20/2016, which is located at 30th Street in Sidi Beshr Qebly area, I was surprised that my neighboring apartment was sold to a new tenant. Mr. Raafat AbdulMasih and his wife used to live in that apartment. I was also surprised that the supermarket located at the bottom floor of our building was converted to a mosque for the Salafis. Our apartment building is composed of 13 floors, 26 apartments, and I became the only Christian residing in the whole building.

On my visit to my apartment in 12/20/2016 I found the new tenant neighbour and his wife leaving their apartment so I said to them: "Good morning", but none of them answered and they gave me despising looks. The man was wearing a white jilbab (gown), white short underpants, and he had had a beard but no mustache, while His wife was wearing a Niqab (full veil).

Marco Abdullah Translation and Interpretation Services                                    17

The people from that group who were at the mosque used to harass me and my daughter every time we went out. They always insulted us and called us infidels. Whenever they saw us they would tell us: "Islam is the solution" and they put publications under our doors which said that we were infidels and we should convert to Islam. It was a very hard time.

In 1/8/2017 I decorated my house for the birthday of my daughters and we invited our relatives, among which was the priest Father Yaacoub, to celebrate the birthday and pray with us.
When the priest entered my house, he met with the Salafi Sheikh in front of the house's door. The Sheikh gave him very harsh looks. After the birthday party and prayer had ended, all the guests left including the priest.

At 9 o'clock I suddenly found someone knocking on my apartment's door. When I opened the door, I found that it was that Salafi Sheikh and with him was fully veiled woman (wearing Niqab). He said to us in a very harsh tone: "I am your neighbor. I wanted to introduce myself to you. I am Sheikh Hassan Mohamed Ali and this is my wife Hend. I wanted to talk to you about two important issues." I invited them in to enter and I asked them if they wanted to drink anything, so they replied: "We do not eat or drink anything in the houses of infidel Christians", then he said: "Who is that infidel who was wearing a black attire and had a big leather cross on his chest?".  I said to him: "He is not an infidel. He is a priest who came to pray with us", so he answered: "I do not want to see this infidel priest coming here again. Our houses are not a place to receive such infidels". My husband said to him: "How dare you talk to us this why?", but he said to him: "You and your family must convert to Islam ad read the Salafists books because Islam is the religion of truth and it is the best for Allah among the heavenly religions. You have to listen and obey". After he had finished talking to my husband he looked to me and said: "You and your daughters must wear the Niqab (full head and face cover)", so I answered him: "We have been Christians since we were born and we love our religion and we do not desire any other religion at all no matter what the reason was". I noticed how his facial expressions changed and looked to me with fierce and sharp looks. He said in an angry tone: "This is an order. You have no choice. You must abandon Christianity and convert to Islam. You have a one week period to get back to me with your decision. It is better for you to convert to Islam or you will be punished according to the Islamic Sharia which is by killing you".
Then they left out house and we got so scared and anxious. An hour after they had left, at half past ten, his wife returned saying to me: "Take this Niqab and wear you and your daughters or we would throw acid water on your faces".  I said to her: "Neither I nor my daughters will wear. I am Christian and I will remain Christian until death", so she said to me: "You have one week like my husband told you".
Afterwards I went with my husband to the police station at Al-Montazah to report those dangerous threats because we were so terrified. The police officer after he had listened to us told us that he could not do anything because we had no evidence of those threats. I went out with my husband and we were so scared.

After the one week period has passed, on 1/15/2017, the Salafi Sheikh Hassan Mohamed Ali and his wife came to our house saying: "Your time is out and yet we do not know when are you declaring your conversion to Islam?". I answered him saying: "We will never change our religion", so he said: "You will pay a very expensive cost for not obeying us".
On the morning of the following day 1/16/2017 at one o'clock in the afternoon we found that my husband's car was vandalized and burning. The Salafi Sheikh Hassan Mohamed Ali and four others were repeating the phrase "Allah Akbar", which they always said during such actions.

I quickly went with my husband to the police station [Al-Montazah Police Station] to file a report of the incident. The police officer on duty heard everything we said then he said to us: "Did you finish?", then he continued: "This group is very dangerous and they are armed and extremist. We do not want to get into clashed with them. I advise you to comply to them and follow all what they have asked you to do and convert to Islam." My husband said to him: "What is this that you are saying? This is our country and you are the police and we are your people, you should protect us and protect everyone regardless what their religion is". The office answered without any interest: "I cannot do anything for you. It's better for you to obey them, and you too should fear for your daughters and wife".

I went out with my wife feeling hopeless and very afraid because even the police could not protect us from the Salafi. Then we called Father Yaacoub and explained to him everything that happened with us. He advised us saying: "You should leave the house as soon as possible and hide in another place because from my experience I know that these Salafi groups kidnapped and murdered a few Christians mercilessly".

Indeed, my husband, my daughters, and I went to my brother-in-law's house at Al-Agamy Al-Bitash area in Alexandria on 1/16/2017 at six o'clock in the evening.

Ten days passed after we had arrived to my brother's house and nothing happened, so we thought that the whole issue ended. We felt safe, but this feeling of safety did not last. On 1/25/2017 at eight o'clock in the evening I went outside the house to buy a medicine for my daughter from the pharmacy next to the house. I was surprised to find this Salafi Sheikh Hassan Mohamed Ali with four women wearing Niqab heading towards me. They cut my way and surrounded me from every side, and they said to me: "We know that you are hiding at your brother-in-law's. We know that you tried to report to the police and that the police did not help you with anything. This proves to you how empowered we are in this country and that we can reach to you anywhere because we have eyes everywhere. You better convert to Islam and you should wear the niqab. So, what is your decision?". I said to him: "I am Christian and my family are as well. I will never change my religion". He became so fierce and angry and he said to the women who were with him: "Beat her to death this infidel". They hit me on my face and all over my body with all their strength, and while beating me they were calling me an infidel. They pulled my hair, threw me to the floor and stepped on me with their feet.

I was wearing a necklace with a cross which they snatched it, tossed it to the floor and stepped over it with their feet. They said to me: "You infidel. You, your husband, and your daughters will die".

I was so terrified and scared from them so I pretended to agree and I said to him: "Give me a chance to talk to my husband". He said: "If you did not obey our commands to convert to the Islamic religion, death will be your destiny. You will never be able to escape from us, and we will reach you at any time and in any place." Then they left me and went away.

I gathered my strength and stood up from the floor and called the wife of my brother-in-law who came quickly and drove me in her car to the hospital to have medical first aid done to me. She called my husband who came to us with his brother. We went to the police station to file a report proving this incident of assault, but the response was horrifying and scary, as they said to us: "We cannot do anything to you. This is a very dangerous armed group. It is better for you to obey them and convert to the Islamic religion because this group can kill you and your children. Fear for yourself and your children and enter the religion of truth".

After we had returned home, the priest advised us to change our location, so we went to Abdulqader area at Al-Mhatta street where my husband's uncle farm is located, to hide there. My husband and I reached a condition of severe terror and fear for my daughters because we in fact saw death with our own eyes.

Marco Abdullah Translation and Interpretation Services                                                    4

I was wondering what would be my destiny and my husband's and daughter's' destiny. How we would continue to live in such condition.

Indeed on 1/26/2017 in the morning we went to the farm and we were praying asking God for help and protection from those extremist Salafi groups.

On 2/2/107, a week after we had arrived, we received a phone call on the farm's phone. The caller was Hassan Mohamed Ali, the Salafi extremist terrorist. He said to me: "We knew your location. What happened was a simple lesson to know how powerful we are and we do not fear from any authority. We can reach you anywhere. If you do not convert to Islam we will kill you all". I became so scared after this call and I said to my husband that they knew the location of the farm and they can reach us anywhere anytime.

Immediately my husband called the priest to explain to him the incidents and the last phone call, so the father priest said that we should leave the farm right away.

The father priest arranged for us a place to hide in at the monastery of St. Mina and Pope Kyrellos located at King Mariout area of Alexandria.

Indeed on 2/2/2017 we went to the monastery until we quickly finished our travel arrangements to travel outside Egypt urgently.

That was on 2/12/2017 when we traveled to the United States of America, the country of safety and security. Since we have arrived here we knew the taste if security, safety, and freedom. We are now able to practice our religious rituals with no fear or without being forced into another religion or being threatened to to be killed.

Signature
Dina Ezzat Abdelmalek


**CERTIFICATE OF TRANSLATION**

I, Marco Abdullah, state under penalty of perjury that I am competent and fluent in both Arabic and English Languages. I am qualified to translate from Arabic to English and from English to Arabic. I have made the above translation into English of the attached document pertaining to *The Asylum Declaration of Dina Ezzat Abdelmalek* and that it is a complete, true, and accurate translation thereof. The document in its original language is composed of **11** page(s), and this translation is composed of **4** page(s).

Dated:  Saturday, April 22, 2017                    Signed:

Address:   25923 Bryn Mawr Ave Hayward, CA 94542
Telephone:  (510) 600-2415

✝

بسم الآب والابن والروح
القدس الإله الواحد آمين

ـ الاسم :- ديناخرت عبد الملك ميخائيل
ـ تاريخ الميلاد :- ٨/١/١٨   ١٩٨٤
ـ الحالة الاجتماعية :- متزوجة

أنا دينا خرت عبد الملك ميخائيل مسيحية قبطية أرثوذكسية ولدت وتربيت
في منطقة جرجا بالاسكندرية وعشت في كنف عائلة مسيحية والإيمان المسيحي
كانت دراستي الابتدائية بمدرسة الأميات بجرجا حيث كانت بداية الاضطهاد

فقد كانت مدرسة اللغة العربية يفرضون علي حفظ آيات قرآنية من سورة الفاتحة

كتب اللغة العربية الموضوعة من قبل وزارة التربية والتعليم وكان لا يوجد معي

السيد المسيح حيث أني افتخر أنا نفسي بأنه من الطلاب المسيحيين في القاهرة

بمدرسة المدرسة وبعد ذلك بسنوات علي البكالوريوس كبارة ٢-ل وتزوجت

من ١٢/١٨/٢٠٠٩ وأنجبت بنتين وحرصت علي تربيتهم تربية مسيحية وكانت

علي معتقدات بحضور الكنيسة والقداسات والتناول والأسرار المقدسة

قبل سفري إلى الإمارات العربية المتحدة بحيث أن زوجي حضر أمر ليش كنيسة

القسيس روجي بإجازة وكان موجود داخل الكنيسة لأنه سافر لنا بكرمسير

21

22

وصيتي في ٨/١/١٨٧١ إنه نحت بترسم منزل جديد لكنه ...

خلني ميلاد بناته وهذه البيانات قل بياركات ... في الاعتكاف لهم بقصوي

للميلاد معنا يتجاربنا وبيا سي عيد ميلاد البيت ... وعند جنوب الاعتكاف لهم

إلي منزل تخلل هذا الشيخ السلفي وبعد اجتماعيا عال تقفة ونظر القراءات

جادة جداً وبعد اجتهاد بسلم الاصغان بسبب الخيارات والقراءة ونحيكم

المرعي وعي متنم الاعتكاف لهم في ٩ شهدة فوجئت بابي يضرب بيط

فتحت الباب فوجئت انه هذا الشيخ السلفي ال لقد كانت معه مرأة

متنية وقال للماجية هذا انا جاركم أجيب نعرفكم برقصي هذا الشيخ جه

محمار وهنه لهؤلاء لهذا ان انا الذي يستعدكم من هذه برم برم قطا هم

نقتلوا وبحمار لو ميلس والستلامهم ماذا يحت ذي شربوا فقال الواخيلا

شربي وبدر تكان شريري بيوت السيم الكفار تم قال اناسم هذا الكافر

الذي برتب الرمى الاسود وبلي ميلي جاد كبر في يعد روفتك اذا انه

لي بيكا في انت ديكا هم حد جاد للمرارة معنا فقال انا انا لا أريد يري

هذا القسيس الكافر، إن كان إلى هنا مرة أخرى بيوتنا ...

كانت لا يقبل مني هؤلاء الكفار فقال له زوجي كيف تحدث بيا بريئة

الطريقة فقال لا مانع وبركة بيان تحفظوا الدرس الإسلامي وجب أن
نقرأ الكتب السنية

لأن الإسلام هو دين الحق والصواب وأفضل الأديان السماوية عند الله

عليكم السمع والطاعة وعدم الاحتجاج مع زوجها نظر إليا وقال وانت تحب

أن ترى ابنائك أترى وبناتك فاطمة تم حسين تم صغير حتى ولادتنا وكذ وبنا

عليهم أن تعرف أبدأ لأن سببهم وكان كذلك وبعد ذلك لا يحق عليك لتقر

طول وجع وجع حتى أنت تظن أنه كلما تضرب وحبة وحال بارجحت عليه أنه أنت أمر

لا بد جنايركم عليكم أن تتركوا الحسينية وتحفظوا الإسلام وعليكم فرقة

سوف أنطبوا لكم ومن تبين طريقة قراركم وهي الأفضل لكم أنت تهجر واخلافكم

وإلا سوف نظر عليكم الحد وهو القتل حسب الشريعة الإسلامية وبعد

ذلك خرجوا من بيتنا وشعرنا بالخوف الشديد والقلق وبدأ مرور سنة كم

مراح فقام الغاشية وأشرف علادت أخرى مرة أخرى وقال لي

25

هذا هو الوقت وأخبرك أنت وبناتك والا سوف تقتلوا بيمين ماذا نا

26

الوصول إلى أكبر الكنائس التي كانت فينا فقال لنا طلاب خلصوا هذه
الجلسة جلست حضرة جاؤوا لهم، وتعرضيه وضلوا نريد الاستقبال وهم
ويريدون لكم أن تذهبوا لهم، وتتمتعوا وتنفذوا ما طلبوا وهكم أن تذهبوا
الإسلام فقال لهم وجرى ما هذا الكلام الذي كان تتقولوا هذه بلساننا وأنتم
الشرطة وكر شكيكم وحبت لحونا وكوا الناس فالقينا النظر عن الرسم
قد النظام بردس أن كلهما أنا لا أقدر أن أخلل لكم أن سببا وأن الفضل لكم
أن كلهم لهم وأنت الذي أجبت خاف على بلادك بعد أن الكلام
خرجت أنا وجرى وضربت يجبت الأهل والخوف الكبير لأنت حسرت الشرطة
لا تستطيع أن تحبنا سرقبل الجماعت أنا لهنة وبعد ذلك حملنا بالركبان بأبونا
لبقوم وبت حبانا الكار ما مرت وهنا فقال لنا بيت أنت تشرك المنزل فرأيت
وقت حضكم وكثيرا من مكانة خر مكانة خر حبت أشر من خرجت أعلم أن على الجماعة
السلوة فخاست يخفف وقتل بعثوا سر الله يسم براجمكرا كلا تخفون
وبالفعل ذهبت أنا وجرى وبأن إلى منزل أخي هو خرجرى منهم
وتتمام الساعة السادست ساعة إلى منطقة الحي البطرش الإسكندرية

27

١٥١

وطافوا على أولادكم وأرضلوا إلى دين الحق وبعد عودتنا إلى المنزل نضحنا

أبونا بتغيير المكان فذهبنا إلى منطقة عبد القادر سابع المحرقة حيث

كان يوجد مزرعة عم زوجي للأصدقاء هنالك فكنت أنا وزوجي قد وصلنا

إلى حالة شديدة من الخوف والرعب والخوف على بناتي لذا أضطراً لشرحت

الموت بعيني وقلت ما هو مصيري ومصير زوجي وبناتي وأراى ان نقدر

نكمل حياتنا بهذه الطريقة وبالفعل يوم ٢٦/١١/٢٠١٧ صباحاً ذهبنا

إلى المزرعة وكنا نصلي ونطلب من ربنا المساعدة أنه يجبنا من هؤلاء

الجماعات السلفية المتطرفة وبعد وصولنا بأسبوع في صباح يوم ٢/١٢/١٧

جاءنا تلبغوه على تلبغوه المزرعة وكان المتصل أخو محمد على الملفا

النوهابي المتشددوقال لنا لقد عرضنا مكانكم والنعب حيث طهر درس

بيهم كل تكرضا من قوتنا ومخبر لخان من أنت سلمة ونقدر أن

نصل لكم من أى مكان وان لم تعتنقوا الإسلام سوف نقتلكم جميعاً

فأصبت بخوف شديد يده هنا المكالمة وقلت لزوجي أنهم علموا

‏١١١

‏تمكنت المزرعة وأسرهم قادرون على الوصول السياطات تمكنت مكان وطبائع

‏وقت وفي الحال أتصل زوجي أبونا وشرح له الأصوات والمكالمة

‏التصويرية وقال أبونا يجب عليانا أن نترك هذه المزرعة على الفور

‏وبالفعل تمم أبونا بتدبير مكان لنا للأضباد منه ضي دبر ما رمنا والبابا

‏كيرلس بمنطقة كينج ماربوط الاسكندرية وبالفعل ضا سا ديوم ١٧/٤/٢٠

‏ذهبنا الى الدير حيث تدبير أجرادات سفرنا الى طارج مصر بشكل

‏سريع وضروري وذلك كان يوم ٢٠١٧/٩/١٨ إلى الولايات المتحدة

‏الأمريكية بلدان مصر والأزمات وشعرنا منه وصولنا بأت هنا نعلاً وطن

‏وطن الأمن والأزمات واخرى وأصبحنا هنا نمارس شعائرنا الدينية

‏بدون صرف أوتجبر على ديسا أضرا أوالتهديد بالقتل .

‏أمضاه|  دينا عزت عبد الملاك

‏31



FROM

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
P. O. BOX 65015
ANAHEIM, CA 92815-8515

DATE: 3/21/17
FORM: I-589

NAME: DINA MIKHAIL
A-NUMBER: 213048505   RCPT#: ZLA170006506Q

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 3/20/17. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO

DINA MIKHAIL
798 PLAYA BLANCA CIR
CORONA, CA 92879

32

Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Fingerprint Notification | | | NOTICE DATE<br>March 23, 2017 |
| --- | --- | --- | --- |
| CASE TYPE<br>I589      Application For Asylum | | CODE<br>3 | USCIS A#<br>A 213 048 505 |
| RECEIPT NUMBER<br>ZLA1700065060 | RECEIVED DATE<br>March 20, 2017 | PRIORITY DATE<br>March 20, 2017 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
DINA EZZAT ABDELMALE MIKHAIL
798 PLAYA BLANCA CIR
CORONA CA  92879

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:   APR 03 2017
91257A   ON
TENPRINTS QA REVIEW BY:   APR 03 2017
91252   ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
| --- | --- | --- |
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 04/02/2017<br>to<br>04/16/2017 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. Note: Asylum applicants are not **required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.

| Rescheduling Form:☐ Please reschedule my appointment. Upon receipt of your request,<br>you will receive a new appointment notice. Make a copy of this notice for your records,<br>then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond<br>Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding<br>this notice, please call 1-800-375-5283 | APPLICANT COPY |
| --- | --- |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

33

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | | NOTICE DATE<br>March 23, 2017 |
|---|---|---|---|---|
| CASE TYPE<br>I589   Application For Asylum | | | CODE<br>3 | USCIS A#<br>A 213 048 506 |
| RECEIPT NUMBER<br>ZLA1700065070 | RECEIVED DATE<br>March 20, 2017 | PRIORITY DATE<br>March 20, 2017 | | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
TAMER MAGDY FAWZY ZAKY
798 PLAYA BLANCA CIR
CORONA CA 92879

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS GATEVIEW BY:   APR 03 2017
91271 ON
TENPRINTS REVIEW BY:   APR 03 2017
9125 ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 04/02/2017<br>to<br>04/16/2017 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  07/11/14  Y

34

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>March 23, 2017 |
|---|---|---|---|
| CASE TYPE<br>I589   Application For Asylum | | CODE<br>2 | USCIS A#<br>A 213 048 508 |
| RECEIPT NUMBER<br>ZLA1700065090 | RECEIVED DATE<br>March 20, 2017 | PRIORITY DATE<br>March 20, 2017 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

JASSY TAMER MAGDY FAWIZAKY
798 PLAYA BLANCA CIR
CORONA CA  92879

APR 03 2017

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 04/02/2017<br>to<br>04/16/2017 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you.  Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application.  If you have questions, please contact the asylum office with jurisdiction over your application.  Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI.  You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32.  The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment.  Upon receipt of your request, you will receive a new appointment notice.  Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.  If you have any questions regarding** this notice, please call 1-800-375-5283.

APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  07/11/14  Y

35

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | March 23, 2017 |

| CASE TYPE | | CODE | USCIS A# |
|---|---|---|---|
| I589    Application For Asylum | | 2 | A 213 048 507 |

| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ZLA1700065080 | March 20, 2017 | March 20, 2017 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

JANAA TAMER MAGDY FAW ZAKY
798 PLAYA BLANCA CIR
CORONA CA  92879

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY: APR 03 2017
91287
TENPRINTS QA REVIEW BY: ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS RIVERSIDE<br>3812 LA SIERRA AVENUE<br>RIVERSIDE CA 925053528 | 04/02/2017<br>to<br>04/16/2017 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER**, or you will not be able to have your fingerprints taken. **This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  07/11/14  Y

36

Exhibit C

**U.S. Department of Homeland Security**
P.O. Box 2003
Tustin CA 92781-2003

 **U.S. Citizenship and Immigration Services**

06/22/2021

MIKHAIL, DINA
798 PLAYA BLANCA CIR
CORONA, CA 92879

Re:  A-21304805

Dear MIKHAIL, DINA:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC:     LAW OFFICE OF GEORGES MELEKA
        ATTN: GEORGES MELEKA
        512 S HARBOR BLVD
        FULLERTON, CA 92832

37